160 A.3d 777

COMMONWEALTH of Pennsylvania, Respondent

v.

Damar PARKER, Petitioner

No. 274 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

PER CURIAM:

And now, this 1st day of November, 2016, the Petition for Allowance of Appeal and Petitioner's Motion to Remand to Trial Court Pursuant to Decision of the Pennsylvania Superior Court in Commonwealth v. Sean Ciccone, 2016 PA Super 149, 2016 WL 3902841 (2016), are **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.